Elayna J. Youchah
Nevada State Bar No. 5837
Donald P. Paradiso
Nevada State Bar No. 12845
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: elayna.youchah@jacksonlewis.com
Email: donald.paradiso@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KOROSH NIAZI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>YELLOW CHECKER STAR TRANSPORTATION, a Nevada Corporation;<br>Defendant. | Case No. 2:18-cv-01722-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Yellow Checker Star Transportation ("Defendant") shall have up to and including Monday, October 15, 2018, in which to answer or otherwise respond to Plaintiff Korosh Niazi's ("Plaintiff") Complaint. This stipulation is submitted and based upon the following:

1. That this is the first request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.

2.     That such an extension is necessary because defense counsel was just retained and would like reasonable and sufficient time to investigate facts that will allow for an informed response to the pending Complaint.

3.     That this request is made in good faith and not for the purpose of delay.

Dated this 1st day of October, 2018.

| LEAVITT LEGAL GROUP, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Kristofer D. Leavitt<br>Kristofer D. Leavitt, Esq. Bar No. 13173<br>612 S. 10th Street<br>Las Vegas, Nevada 89101 | /s/ Donald P. Paradiso<br>Elayna J. Youchah, Bar No. 5837<br>Donald P. Paradiso Bar No. 12845<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Korosh Niazi* | *Attorneys for Defendant*<br>*Yellow Checker Star Transportation* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including Monday, October 15, 2018.

Dated this <u>3rd </u>day of October, 2018.

_____
U.S. Magistrate Judge

Respectfully submitted by:

JACKSON LEWIS P.C.


      /s/ Donald P. Paradiso
Elayna J. Youchah, Bar No. 5837
Donald P. Paradiso Bar No. 12845
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*