Elayna J. Youchah, Bar No. 5837
Donald P. Paradiso, Bar No. 12845
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Email: elayna.youchah@jacksonlewis.com
Email: donald.paradiso@jacksonlewis.com
*Attorneys for Defendant Yellow Checker Star Transportation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KOROSH NIAZI, an individual;<br><br>             Plaintiff,<br><br>    vs.<br><br>YELLOW CHECKER STAR TRANSPORTATION COMPANY, a Nevada Corporation;<br><br>             Defendant. | Case No. 2:18-cv-01722-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Korosh Niazi ("Plaintiff") by and through his undersigned counsel, Leavitt Legal Group, P.C., and Defendant Yellow Checker Star Transportation Company, by and through its undersigned counsel, the law firm of Jackson Lewis, P.C., having reached a global resolution, hereby stipulate and request that the court dismiss all claims with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated this 5th day of December, 2018.

LEAVITT LEGAL GROUP, P.C.

/s/ Kristofer D. Leavitt
Kristofer D. Leavitt, Bar # 13173
612 S. 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Korosh Niazi*

JACKSON LEWIS P.C.

/s/ Donald P. Paradiso
Elayna J. Youchah, Bar No. 5837
Donald P. Paradiso Bar No. 12845
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Yellow Checker*

## **ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: December 7, 2018

4821-5483-2001, v. 1